UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DAVID MACDONALD,

    Plaintiff,

v.                                                  Case No. 19-12183

CITY OF DETROIT,
DETROIT BUILDING AUTHORITY,
and DETROIT LAND BANK AUTHORITY,

    Defendants.

_____/

## JUDGMENT

Pursuant to the court's Opinion and Order dated February 1, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Detroit, Detroit Building Authority, and Detroit Land Bank Authority and against Plaintiff David MacDonald. Dated at Port Huron, Michigan this 1st day of February, 2021.

                                              KINIKIA ESSIX
                                              CLERK OF THE COURT

                                              BY: S/Lisa Wagner

Dated: February 1, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 1, 2021, by electronic and/or ordinary mail.

                                              s/Lisa Wagner_____/
                                              Case Manager and Deputy Clerk
                                              (810) 292-6522